# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0256, <u>Chantel Candido-DaSilva v. Mary Germaine</u>, the court on February 24, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order.  <u>See</u> <u>Sup. Ct. R.</u> 20(2).  The plaintiff, Chantel Candido-DaSilva, appeals a final decision of the Circuit Court (<u>Subers</u>, J.), following a hearing on the merits, dismissing her petition brought under RSA chapter 540-A against the defendant, Mary Germaine, on the basis that the plaintiff had not proven that the defendant engaged in prohibited practices under the statute.  On appeal, she argues that the trial court unsustainably exercised its discretion by denying her motion for a continuance filed two days before the hearing, and that its decision on the merits does not "comport with the Law."  As the appealing party, the plaintiff has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's orders, the plaintiff's challenges to them, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**